

**NUMBERS**
**13-14-00713-CV**
**13-14-00714-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE NATIONAL LLOYDS INSURANCE COMPANY

### On Petition for Writ of Mandamus.

## ORDER OF CLARIFICATION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Order Per Curiam**

Relator, National Lloyds Insurance Company, filed a petition for writ of mandamus on December 15, 2014, requesting an order directing the Respondent The Honorable Rose Guerra Reyna, Judge of the 206th Judicial District Court Hidalgo County, Texas to vacate her orders of November 12, 2014 wherein she compelled Relator to produce documents and ordered Relator to pay sanctions to real parties in interest in cause numbers 13-0123 and 13-0130. This Court requested a response to relator's petition on

December 17, 2014, and we granted real parties in interest's motion for an extension of time to file the response until January 28, 2015.

On January 16, 2015, Relator filed motions for temporary relief requesting that this Court stay enforcement of the District Court's November 12, 2014 order in said causes, pending our review of the petition for writ of mandamus. After considering Relator's motions for temporary relief, we hereby GRANT the motions and STAY any enforcement of the November 12, 2014 order in cause numbers 13-0123 and 13-0130, until further orders of this Court. *See* TEX. R. APP. P. 52.10(b). This stay does not apply to any other parties or any other pending matters before the District Court including trial settings or any other pertinent orders relevant to this litigation.

Real Parties in Interest's response to Relator's petition for writ of mandamus remains due on or before January 28, 2015. *See id.* at 52.4.

PER CURIAM

Delivered and filed the
23rd day of January, 2015.

2